IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

WILLIAM CROYE,

          Plaintiff,

v.                                                         CIVIL ACTION NO.  2:05-cv-00485

METROPOLITAN LIFE INSURANCE
COMPANY, a New York corporation
licensed to do business in West Virginia,

          Defendant.

**ORDER**

Pending is the parties' *Joint Motion to File Administrative Record Under Seal* [Docket 9] brought on the ground that the administrative record contains personal information including social security number and medical information.

Inasmuch as the parties seeks to seal the entire administrative record with respect to all direct and electronic access by the public, the court **ORDERS** that the motion [Docket 9] be, and it hereby is, **DENIED**.  Seeking to seal the entire administrative record from all public access infringes upon the well-settled principle that all federal court proceedings are presumptively matters of public concern. *Virginia Dept. of State Police v. Washington Post*, 386 F.3d 567, 575 (4th Cir. 2004) (recognizing the presumptive rule and noting "The right of public access to documents or materials filed in a district court derives from two independent sources: the common law and the First Amendment. 'Publicity of such records, of course, is necessary in the long run so that the public can judge the product of the courts in a given case.'").  However, the court **ORDERS** that electronic

access to the administrative record be, and it hereby is, restricted to authorized court personnel, counsel for the parties, and members of the public using the public access terminal located in the Clerk's Office.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       September 12, 2005

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE